FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 2 1 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
          BY _____ DEPUTY

06-CV-00871-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES DEAN WILKS, | ) | Case No. C06-871-JLR |
| Plaintiff, | ) | |
| v. | ) | |
| JOHN LEIMBACH, et al., | ) | ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendants. | ) | |

The Court, having reviewed the defendants' motion for summary judgment in this 42 U.S.C. § 1983 civil rights action, together with all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for partial summary judgment (Dkt. No. 26) is GRANTED, and this case is DISMISSED with prejudice as to the specific issues raised by that motion.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

01     DATED this 21st day of April, 2007.

                                            /s/ James L. Robart

                                            JAMES L. ROBART
                                            United States District Judge